UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80177-CR-BLOOM/VALLE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FELIPE BENITEZ AGUILAR,
     a/k/a/ Felipe Benitez,
     a/k/a Helder Conelio Barbosa,

       Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon three Motions filed by *pro se* Defendant, Felipe Benitiez Aguilar: (1) Defendant Felipe Benitez Aguilar's [Second] Consolidated Motion for Sentence Reduction Under 18 U.S.C. § 3582 and Motion for Appointment of Counsel ("Second Consolidated Motion for Sentence Reduction"), ECF No. [49]; (2) Defendant's Motion for an Order Directing the Government to Procure/Produce [Defendant's] Post-Rehabilitation Documents in Support of 18 U.S.C. § 3582 ("Motion for Production of Rehabilitation Documents"), ECF No. [50]; and (3) Motion for an Order Directing the Government to Procure/Produce [Defendant's] Medical Records and Additional Information in Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582 ("Motion for Production of Medical Records"), ECF No. [51]; These Motions were previously referred to Magistrate Judge William Matthewman for a Report and Recommendation. *See* ECF No. [52]. On August 6, 2024, Judge Matthewman issued a Report and Recommendation recommending that each Motion be denied.

CASE NO. 17-80177-CR-BLOOM/VALLE

*See* ECF No. [55].  The Defendant has not filed objections nor requested an extension of time to do so. Nevertheless, the Court has conducted a *de novo* review of the record, *see Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)), and finds Judge Matthewman's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Matthewman's Report and Recommendation and concludes that each of the Defendant's Motions must be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Matthewman's Report and Recommendation, **ECF No. [55]**, is **ADOPTED**;

2. Defendant Felipe Benitez Aguilar's [Second] Consolidated Motion for Sentence Reduction Under 18 U.S.C. § 3582 and Motion for Appointment of Counsel ("Second Consolidated Motion for Sentence Reduction"), **ECF No. [49]**, is **DENIED;**

3. Defendant's Motion for an Order Directing the Government to Procure/Produce [Defendant's] Post-Rehabilitation Documents in Support of 18 U.S.C. § 3582 ("Motion for Production of Rehabilitation Documents"), **ECF No. [50]**, is **DENIED;**

3. Defendant's  Motion for an Order Directing the Government to Procure/Produce [Defendant's] Medical Records and Additional Information in Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582 ("Motion for Production of Medical Records"), **ECF No. [51]**, is **DENIED**.

CASE NO. 17-80177-CR-BLOOM/VALLE

**DONE AND ORDERED** in Miami, Florida, on August 26, 2024.

<br>

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable William Matthewman

Counsel of record

Felipe Benitez Aguilar
73561-004
Yazoo City Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 5000
Yazoo City, MS 39194